UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAYVON SCHAFFER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-294** |
| **RAYBURN CORRECTIONAL CENTER** | **SECTION "A"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Jayvon Schaffer's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

August 8, 2022

_____
**UNITED STATES DISTRICT JUDGE**